

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alfonso Rangel Velazquez | Civil Action No. 25-cv-03474-AGS-DEB |
| **Petitioner** | |
| **V.** | |
| See Attachment | **JUDGMENT IN A CIVIL CASE** |
| **Respondent.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For the reasons stated on the record at the January 14, 2026 hearing, petitioner Alfonso Rangel Velazquez's petition for a writ of habeas corpus is GRANTED.  The case is hereby closed.

Date: _____ 2/5/26 _____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Fujita _____

M. Fujita, Deputy

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** <u>25-cv-03474-AGS-DEB</u>

Respondents:
Christopher J. Larose
in his official capacity as Warden of Otay Mesa Detention Center
Daniel A. Brightman
in his official capacity as San Diego Field Office Director, ICE
Enforcement and Removal Operations
Todd Lyons
in his official capacity as Acting Director of ICE
Kristi Noem
in her official capacity as Secretary of Homeland Security
Pamela Bondi
in her official capacity as U.S. Attorney General